# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Triple Up Limited

v.                                                   **Case No:** 17-7033

Youku Tudou Inc.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)    ● Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

Youku Tudou Inc.

Names of Parties                                     Names of Parties

### Counsel Information

**Lead Counsel:** Anthony J. Dreyer

**Direct Phone:** (212) 735-3097  **Fax:** (917) 777-3097  **Email:** anthony.dreyer@skadden.com

**2nd Counsel:** Jennifer L. Spaziano

**Direct Phone:** (202) 371-7872  **Fax:** (202) 661-8327  **Email:** jen.spaziano@skadden.com

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** ( ) -  **Fax:** ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 25, I hereby certify that on March 29, 2017, I caused a true and correct copy of the foregoing document to be filed using the CM/ECF system, which shall send notice to all counsel of record.

 /s/ Anthony J. Dreyer
Anthony J. Dreyer